## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**BRYCE EUGENE WILKINS, SR.,**

**Petitioner,**

**v.**                                                                    **CASE NO. 24-3150-JWL**

**JEFF ZMUDA, ET AL.,**

**Respondents.**

### MEMORANDUM AND ORDER

This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Petitioner Bryce Eugene Wilkins, Sr., who was convicted at a February 2022 jury trial in the District Court of Shawnee County, Kansas. (Doc. 1, p. 1); *see also State v. Wilkins*, 2024 WL 748626, *1-2 (Kan. Ct. App. Feb. 23, 2024) (unpublished), *rev. denied* July 9, 2024. It comes now before the Court on Petitioner's response (Doc. 10) to the Court's September 23, 2024 memorandum and order (Doc. 9). Therein, Petitioner asks this Court to dismiss this matter without prejudice so that he may exhaust his claims in state court. (Doc. 9.) The Court will construe this as a motion for voluntary dismissal and will grant the motion.

**IT IS THEREFORE ORDERED** that the response (Doc. 10) is liberally construed as a motion for voluntary dismissal and is granted. This matter is dismissed without prejudice. As a result, the pending motion for new trial (Doc. 7) is denied as moot.

**IT IS SO ORDERED.**

DATED:   This 3rd day of October, 2024, at Kansas City, Kansas.

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
United States District Judge

1